Handy MOORE, Respondent,

v.

PIONEER ORCHARDS CO., OF JACKSON, a corp. L.R. Seabaugh Norman H. Weiss, & Stanley K. Beggs, Appellants.

No. 45995.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 11, 1983.

J. Michael Payne, Cape Girardeau, for appellants.

Manuel Drumm, Sikeston, for respondent.

ORDER

PER CURIAM.

Appeal by two of four defendants in an action in contract. It is ordered that the appeal be dismissed as premature.

All concur.